IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DARLENE AFRICA, )<br>           Plaintiff   )<br>                         )<br>   vs.                        )<br>                         )<br>JO ANNE BARNHART, Commissioner )<br>of Social Security,              )<br>           Defendants   ) | Civil Action No. 05-960<br>Judge Terrence F. McVerry/<br>Magistrate Judge Amy Reynolds Hay |

**ORDER**

AND NOW, this 1st day of May, 2006, after the plaintiff, Darlene Africa, filed an action in the above-captioned case, and after Motions for Summary Judgment were submitted, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties ten days after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the motions and the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the Plaintiff's Motion for Summary Judgment is DENIED;

IT IS FURTHER ORDERED that the Defendant's Motion for Summary Judgment is GRANTED;

IT IS FURTHER ORDERED that the decision of the Commissioner denying Plaintiff's application for supplemental security income is affirmed;

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the plaintiff/defendant desires to appeal from this Order she must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed.R.App.P.

BY THE COURT:

s/ Terrence F. McVerry
United States District Judge

cc: Honorable Amy Reynolds Hay
United States Magistrate Judge

Charles C. Bell, Esquire
Email: Info@JRDeAngelisassoc.com

Paul Kovac, AUSA
Email: paul.kovac@usdoj.gov